IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANGELA N. LAFARY, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. |
| | ) | |
| v. | ) | **1 : 06-cv- 1121 -LJM -WTL** |
| | ) | |
| ROGERS GROUP, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF REMOVAL

COMES NOW the Defendant, Rogers Group, Inc., by counsel, in the above-referenced cause of action, and files the Notice of Removal of this cause from the Monroe County Circuit Court in which it is now pending, to the District Court for the United States, in the Indianapolis Division for the Southern District of Indiana. In support of this Notice of Removal, the Defendant respectfully shows the Court the following:

1. On June 26, 2006, an action was commenced against Rogers Group, Inc., in the Monroe County Circuit Court, State of Indiana, entitled <u>Angela N. Lafary v. Rogers Group, Inc.</u>, Cause No. 53C04-0606-PL-01242. A copy of the Plaintiff's Summons and Complaint, setting forth the claim for relief upon which the action is based, was first received by the Defendant or its registered agent on July 12, 2006, which was the first receipt by this Defendant through service or otherwise of a copy of the pleading, setting forth a claim for relief upon which the action is based.

2. The above-described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. §1331, and is one that may be removed to this Court by the Defendant, pursuant to the provisions of 28 U.S.C. §1441.

777777 / 276637-1

3. In her Complaint, the Plaintiff alleges that Rogers Group, Inc. violated 42 U.S.C. §2000e by discriminating against the Plaintiff based on her gender, sexually harassing the Plaintiff, and retaliating against the Plaintiff.

4. The only process, pleadings or orders known by the Defendant to have been filed in the Monroe County Circuit Court are the Summons, Complaint, and the Appearance of Stephanie Jane Hahn, copies of which are attached hereto as Exhibit "A".

5. A copy of the Defendant's Notice to Plaintiff and Clerk of the Monroe County Circuit Court of the Defendant's Application to Remove Cause to Federal Court is attached hereto as Exhibit "B".

WHEREFORE, the Defendant, Rogers Group, Inc., files this Notice of Removal of this cause from the Monroe County Circuit Court to the District Court for the United States, Indianapolis Division of the Southern District of Indiana.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By *(signature)*
Marcia A. Mahony (Atty. #18779-49)
Attorney for Defendant, Rogers Group, Inc.

777777 / 276637-1

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served upon Stephanie Jane Hahn, KENDALL-HAHN, 220 North Rangeline Road, Carmel, Indiana 46032, by United States First Class Mail, postage prepaid, this 21st day of July, 2006.

_____
Marcia A. Mahony

KIGHTLINGER & GRAY, LLP
151 North Delaware Street, Suite 600
Indianapolis, IN 46204
317/638-4521

777777 / 276637-1